# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stormes, Nita L. | Southern District of Cal. | 07/26/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Mag. Judge-Full Time | ☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

U.S. Courthouse
333 West Broadway
San Diego, CA 92101-8910

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Personal Trust (Assets are listed in Part VII) |
| 2. | Trustee | ▬▬▬ Trusts (Assets are listed in Part VII) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Jones Day ███ Law Firm) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 07/26/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 07/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cabrillo Federal Credit Union - 2 Savings | A | Interest | K | T | | | | | |
| 2. Cabrillo Federal Credit Union - 2 IRA Cash Equivalent | A | Interest | J | T | | | | | |
| 3. Cabrillo Federal Credit Union - 2 Checking | A | Interest | J | T | | | | | |
| 4. California Bank & Trust - 2 IRA Cash equivalent | A | Interest | K | T | | | | | |
| 5. Vanguard CA Money Market Fund - 3 | A | Interest | K | T | | | | | |
| 6. Fidelity Magellan Fund (Fidelity Ultra) | A | Dividend | K | T | | | | | |
| 7. Janus Fund | A | Dividend | J | T | | | | | |
| 8. Janus Mercury Fund (now Janus Research Fund) | A | Dividend | J | T | | | | | |
| 9. Janus Worldwide Fund | A | Dividend | J | T | | | | | |
| 10. Fidelity Puritan Fund | A | Dividend | J | T | | | | | |
| 11. Franklin Mutual Quest Fund - Z | A | Dividend | K | T | | | | | |
| 12. Oakmark Fund | A | Dividend | K | T | | | | | |
| 13. Scudder International Fund | A | Dividend | J | T | | | | | |
| 14. Vanguard Index Fund (Fidelity Ultra) | A | Dividend | K | T | | | | | |
| 15. Fidelity CA Muni Money Market (Fidelity Ultra) | A | Interest | J | T | | | | | |
| 16. California Bank & Trust - 1 Checking | A | Interest | M | T | | | | | |
| 17. Vanguard CA Money Market Fund - 2 | B | Interest | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 07/26/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard CA Money Market Fund - 1 | A | Interest | N | T | | | | | |
| 19. E*Trade Tax-Exempt Cal. Fund - 1 | A | Interest | J | T | | | | | |
| 20. San Diego County Credit Union Checking - 1 | A | Interest | J | T | | | | | |
| 21. San Diego County Credit Union Savings - 1 | A | Interest | J | T | | | | | |
| 22. Morgan Stanley Cash - 6 | A | Interest | J | T | | | | | |
| 23. Equity Res. - 6 | A | Dividend | | | Sold | 01/17/14 | J | A | |
| 24. Duke Energy - 6 | A | Dividend | | | Sold | 05/12/14 | J | A | |
| 25. Qualcomm - 6 | A | Dividend | | | Sold | 08/27/14 | J | A | |
| 26. Verizon - 6 | A | Dividend | | | Sold | 01/17/14 | J | A | |
| 27. Sears Roebuck - 6 | A | Dividend | | | Sold | 01/17/14 | J | A | |
| 28. Linn Energy - 6 | A | Dividend | | | Sold | 01/17/14 | J | A | |
| 29. Prudential Sh Trm - 6 | A | Dividend | K | T | | | | | |
| 30. Templeton Global - 6 | A | Dividend | J | T | | | | | |
| 31. Rothschild Money Mkt Fund - 7 | A | Interest | J | T | | | | | |
| 32. Lloyds TSB - 7 | A | Interest | | | Sold | 06/23/14 | J | A | |
| 33. Compugen - 7 | A | Dividend | | | Sold | 02/24/14 | J | A | |
| 34. EZChip - 7 | A | Dividend | | | Sold | 10/01/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 07/26/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Qualcomm - 7 | A | Dividend | | | Sold | 11/20/14 | J | A | |
| 36. Rentech - 7 | A | Dividend | | | Sold | 09/16/14 | J | A | |
| 37. Verizon - 7 | A | Dividend | | | Sold | 01/17/14 | J | A | |
| 38. Royce Value - 7 | A | Dividend | | | Sold | 10/01/14 | J | A | |
| 39. SPDR Gold - 7 | A | Dividend | J | T | | | | | |
| 40. Pimco All Asset - 7 | A | Dividend | J | T | Buy | 01/01/14 | J | | |
| 41. Morgan Stanley Cash - 8 | A | Interest | J | T | | | | | |
| 42. CenturyLink - 8 | A | Dividend | | | Sold | 02/06/14 | J | A | |
| 43. Duke Energy - 8 | A | Dividend | | | Sold | 02/06/14 | J | A | |
| 44. Natural Res. - 8 | A | Dividend | | | Sold | 02/06/14 | J | A | |
| 45. Hess - 8 | A | Interest | | | Sold | 02/18/14 | J | A | |
| 46. Morgan Stanley Corporate Bond - 8 | A | Interest | J | T | | | | | |
| 47. Goldman Sachs Corporate Bond - 8 | A | Interest | J | T | | | | | |
| 48. Dupont - 8 | A | Interest | J | T | | | | | |
| 49. Bank of America | A | Interest | J | T | | | | | |
| 50. Comcast - 8 | A | Interest | J | T | | | | | |
| 51. Morgan Stanley Corporate Bond - 8 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 07/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Marathon Oil - 8 | A | Interest | J | T | | | | | |
| 53. Target - 8 | A | Interest | J | T | | | | | |
| 54. AT&T - 8 | A | Interest | J | T | | | | | |
| 55. Verizon - 8 | A | Interest | J | T | | | | | |
| 56. Indiana Michigan Power - 8 | A | Interest | J | T | | | | | |
| 57. Franklin Mutual GLB DISCOV- 8 | A | Dividend | J | T | | | | | |
| 58. Pimco Total Return C - 8 | A | Dividend | | | Sold | 02/06/14 | J | A | |
| 59. Prudential Sht - 8 | A | Dividend | J | T | | | | | |
| 60. Templeton Global - 8 | A | Dividend | J | T | | | | | |
| 61. Van Eck Global - 8 | A | Dividend | J | T | | | | | |
| 62. Unit Guggenheim - 8 | A | Dividend | K | T | | | | | |
| 63. Apple - 1 | A | Dividend | J | T | | | | | |
| 64. New Energy Technologies Inc | A | Dividend | J | T | Buy | 05/23/14 | J | | |
| 65. Tesla Motors Inc | A | Dividend | J | T | Buy | 03/06/14 | J | | |
| 66. GNMA Fund Admiral Shares - 3 IRA | A | Int./Div. | N | T | | | | | |
| 67. Primecap Fund Investor - 3 IRA | A | Int./Div. | L | T | | | | | |
| 68. Total Bond Mkt Index Inv - 3 IRA | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 07/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Total Stock Mkt Index Inv - 3 IRA | A | Int./Div. | M | T | | | | | |
| 70. Wellington Fund Admiral - 3 IRA | A | Int./Div. | O | T | | | | | |
| 71. 500 Index Fund Adm - 3 IRA | A | Int./Div. | P1 | T | | | | | |
| 72. Jones Day 2020 Fund - 3 | A | Int./Div. | M | T | | | | | |
| 73. UBS Bank - 2T | A | Interest | K | T | | | | | |
| 74. Aflac - 2T | A | Dividend | J | T | | | | | |
| 75. Apple - 2T | A | Dividend | K | T | | | | | |
| 76. Boeing - 2T | A | Dividend | J | T | | | | | |
| 77. British Amer. Tobacco - 2T | A | Dividend | J | T | | | | | |
| 78. California Resources Corp. - 2T | A | Dividend | J | T | Buy | 01/01/14 | J | | |
| 79. Clorox - 2T | A | Dividend | | | Sold | 05/22/14 | J | A | |
| 80. Coca Cola Co - 2T | A | Dividend | | | Sold | 12/26/14 | J | A | |
| 81. Colgate Palmolive - 2T | A | Dividend | J | T | | | | | |
| 82. CSX Corp - 2T | A | Dividend | | | Sold | 04/17/14 | J | A | |
| 83. Diageo PLC - 2T | A | Dividend | J | T | | | | | |
| 84. Emerson Elec. - 2T | A | Dividend | J | T | | | | | |
| 85. Illinois Tool - 2T | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 07/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Intel - 2T | A | Dividend | J | T | | | | | |
| 87. Invesco LTD - 2T | A | Dividend | J | T | Buy | 03/20/14 | J | | |
| 88. Johnson & Johnson - 2T | A | Dividend | J | T | | | | | |
| 89. Medtronic - 2T | A | Dividend | J | T | | | | | |
| 90. Microsoft Corp. - 2T | A | Dividend | J | T | Buy | 03/20/14 | J | | |
| 91. Nextera Energy - 2T | A | Dividend | J | T | | | | | |
| 92. Nordstrom - 2T | A | Dividend | J | T | | | | | |
| 93. Northeast Utilities - 2T | A | Dividend | J | T | | | | | |
| 94. Novartis - 2T | A | Dividend | J | T | | | | | |
| 95. Occidental Petroleum - 2T | A | Dividend | J | T | | | | | |
| 96. Pearson PLC - 2T | A | Dividend | J | T | | | | | |
| 97. Qualcomm - 2T | A | Dividend | J | T | | | | | |
| 98. Roche Hlgg LTD Spons ADR - 2T | A | Dividend | J | T | Buy | 03/20/14 | J | | |
| 99. Sanofi - 2T | A | Dividend | | | Sold | 05/20/14 | J | A | |
| 100. Stanley Black & Decker - 2T | A | Dividend | J | T | | | | | |
| 101. Toronto Dominion Bk New Canada - 2T | A | Dividend | J | T | Buy | 08/26/14 | J | | |
| 102. Travelers Cos Inc/The - 2T | A | Dividend | J | T | Buy | 03/20/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 07/26/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Teva Pharmaceuticals - 2T | A | Dividend | | | Sold | 05/20/14 | J | A | |
| 104. Total S.A. - 2T | A | Dividend | | | Sold | 05/20/14 | J | A | |
| 105. Unilever - 2T | A | Dividend | | | Sold | 05/20/14 | J | A | |
| 106. Union Pacific Corp. - 2T | A | Dividend | J | T | Buy | 04/17/14 | J | | |
| 107. United Parcel Service - 2T | A | Dividend | J | T | | | | | |
| 108. UNTD Technologies Corp - 2T | A | Dividend | J | T | | | | | |
| 109. VF Corp - 2T | A | Dividend | J | T | | | | | |
| 110. YUM! Brands - 2T | A | Dividend | J | T | | | | | |
| 111. SPDR S&P 500 ETF | A | Dividend | K | T | Buy | 10/16/14 | K | | |
| 112. Bank of America - 2T | A | Interest | K | T | | | | | |
| 113. FHR 3622 TA - 2T | A | Interest | K | T | | | | | |
| 114. Clark County Nev Sch Dist - 2R | A | Interest | | | Sold | 06/15/14 | K | A | |
| 115. Winter Park Go Ult B/E - 2T | A | Interest | | | Sold | 07/01/14 | K | A | |
| 116. Harris County Tex Ser A - 2T | A | Interest | | | Sold | 10/01/14 | K | A | |
| 117. Oak Forest IL Mand Natio Sr A Pref - 2T | A | Interest | | | Sold | 04/21/14 | K | A | |
| 118. Springfield IL Elec Rev - 2T | A | Interest | K | T | | | | | |
| 119. Mt. Pleasant Sc Rfdg B/E - 2T | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Bolingbrook IL Pk Dist F - 2T | A | Interest | | | Sold | 04/21/14 | K | A | |
| 121. Springfield IL Elec Natio RV- 2T | A | Interest | K | T | | | | | |
| 122. California St Pub Wks - 2T | A | Interest | K | T | Buy | 01/14/14 | K | | |
| 123. California St Pub Wks - 2T | A | Interest | K | T | Buy | 01/14/14 | K | | |
| 124. Southern CA Pub Pwr - 2T | A | Interest | K | T | Buy | 04/21/14 | K | | |
| 125. California Cmnty Coll - 2T | A | Interest | K | T | Buy | 04/21/14 | K | | |
| 126. Cajon Valley CA Un Sc - 2T | A | Interest | K | T | Buy | 08/04/14 | K | | |
| 127. California St - 2T | A | Interest | K | T | Buy | 08/05/14 | K | | |
| 128. Turlock CA Irr Dist - 2T | A | Interest | K | T | Buy | 08/06/14 | K | | |
| 129. California ST Pub Wks - 2T | A | Interest | K | T | Buy | 10/01/14 | K | | |
| 130. Azuza CA Pub Finance Aut - 2T | A | Interest | K | T | | | | | |
| 131. PIMCO Total - 2T | A | Dividend | | | Sold | 10/16/14 | K | A | |
| 132. lUBS Bank - 5 | A | Interest | J | T | | | | | |
| 133. American Balanced Fund - 5 | A | Dividend | J | T | | | | | |
| 134. American Century Heritage Fund - 5 | A | Dividend | J | T | | | | | |
| 135. FT - Franklin Growth - 5 | A | Dividend | J | T | | | | | |
| 136. Goldman Sachs Rising - 5 | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 07/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Lord Abbett Short - 5 | A | Dividend | J | T | | | | | |
| 138. PIMCO Short Term - 5 | A | Dividend | J | T | | | | | |
| 139. Prudential Short Term - 5 | A | Dividend | J | T | | | | | |
| 140. UBS Bank - 4 | A | Dividend | J | T | | | | | |
| 141. American Balanced Fund - 4 | A | Dividend | J | T | | | | | |
| 142. American Century Heritage Fund - 4 | A | Dividend | J | T | | | | | |
| 143. FT - Franklin Growth - 4 | A | Dividend | J | T | | | | | |
| 144. Goldman Sachs Rising - 4 | A | Dividend | J | T | | | | | |
| 145. Lord Abbett Short - 4 | A | Dividend | J | T | | | | | |
| 146. PIMCO Short Term - 4 | A | Dividend | J | T | | | | | |
| 147. Prudential Short Term - 4 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 07/26/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Positions - All assets in the Personal Trust and the ⬚ Trusts are listed in Part VII.

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 07/26/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Nita L. Stormes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544